[No. 34353-0-I.    Division One.    September 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. WESLEY ELIA ALAILIMA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-03059-9, Ann Schindler, J., entered May 28, 1994. *Affirmed* by unpublished opinion per Webster, J., concurred in by Baker, C.J., and Becker, J.

[No. 34397-1-I.    Division One.    September 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY MONTRAY WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 93-1-07922-9, Deborah Fleck, J., entered April 4, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Kennedy, J.

[Nos. 34575-3-I; 34662-8-I.    Division One.    September 30, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. ERNEST SCOTT WALKER, *Appellant*.

*In the Matter of the Personal Restraint of* ERNEST SCOTT WALKER, *Petitioner*.

Appeal from a judgment of the Superior Court for King County, No. 94-2-18991-3, Michael Hayden, J., entered October 20, 1995, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *denied* by unpublished per curiam opinion.

[No. 35481-7-I.    Division One.    September 30, 1996.]

SHERRY PARKER, *Appellant*, v. SKAGIT/ISLAND HEAD START, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Skagit County, No. 93-2-01364-0, Stanley K. Bruhn, J., entered October 24, 1994. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Baker, C.J., and Coleman, J.